**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO: 24-14180-CV-MIDDLEBROOKS

JUDE MAITLAND,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICE, LLC,
CAPITAL ONE N.A., and BARCLAYS BANK
DELAWARE,

    Defendants.
_____/

**ORDER CLOSING CASE**

THIS CAUSE comes before the Court following the Court's June 18, 2024, Order instructing Plaintiff to file a civil cover sheet. (DE 5). I warned Plaintiff that failure to timely comply with that Order may result in dismissal. *Id*. Plaintiff has yet to file a civil cover sheet, a requirement under S.D. Fla. Loc. R. 3.3.

"A district court has inherent authority to manage its own docket 'so as to achieve the orderly and expeditious disposition of cases.'" *Equity Lifestyle Properties, Inc. v. Fla. Mowing and Landscape Serv., Inc.*, 556 F.3d 1232, 1240 (11th Cir. 2009) (quoting *Chambers v. NASCO, Inc.*, 501 U.S. 32, 43 (1991)). As such, "[t]he court may dismiss a claim if the plaintiff fails to prosecute it or comply with a court order." *Id.* (citing Fed. R. Civ. P. 41(b)). "The power to invoke this sanction is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District Court." *Id.* (citation omitted).

Accordingly, it is **ORDERED and ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court shall **CLOSE this CASE** and **DENY** all pending motions **AS MOOT**.

**SIGNED** in Chambers, at West Palm Beach, Florida, this 21st day of June, 2024.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:   Counsel of Record